IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERROL ANTHONY BENNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-07-275-M |
| ) | |
| ALBERTO GONZALES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

On May 22, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the respondent's motion to dismiss be granted and that the petitioner's Petition for a Writ of Habeas Corpus be dismissed as moot. The parties were advised of their right to object to the Report and Recommendation by June 11, 2007. A review of the file reveals no objection has been filed.

Upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 22, 2007;

(2) GRANTS respondent's motion to dismiss [docket no. 16], and

(3) DISMISSES petitioner's Petition for a Writ of Habeas Corpus as moot.

**IT IS SO ORDERED this 20th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE